# EXHIBIT B



2000 Centregreen Way
Suite 300
Cary, North Carolina 27513

**23 June 2023**
**VIA US MAIL**

Chad S. Pehrson
Kunzler Bean & Adamson
50 W Broadway, Ste 1000
Salt Lake City, Utah 84101

**RE: Demand to Cease Trademark Infringement Letter dated 31 May 2023**

Dear Mr. Pehrson,

We are in receipt of your letter titled "RE: Demand to Cease Trademark Infringement" dated 31 May 2023.

Thank you for providing us with details of your concerns regarding the ALLUCENT word mark. We categorically reject that the ALLUCENT word mark is identical or substantially similar to the Alucent Biomedical mark. Additionally, we reject your assertion that use of the ALLUCENT mark is in direct violation of United States state and Federal laws (including the Lanham Act, 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a)(1)(A)).

Given the foregoing, we intend to continue the use of our "ALLUCENT" mark and all our associated marks.

Sincerely,

*C. Brenn*

Christopher Brennan, Esq.
Chief Operating Officer & General Counsel