PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318066**
**Filing Date: 03/17/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97318066 |
| **MARK INFORMATION** | |
| *****MARK** | ALLUCENT |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ALLUCENT |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Clinical Services Corporate Operations, Inc. |
| *****MAILING ADDRESS** | 271 Waverly Oaks Rd. Suite 208 |
| *****CITY** | Waltham |
| *****STATE** (Required for U.S. applicants) | Massachusetts |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 02452 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| *****IDENTIFICATION** | Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with |

| | |
|---|---|
| | collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| *IDENTIFICATION | Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 038 |
| *IDENTIFICATION | Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| *IDENTIFICATION | Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 042 |
| *IDENTIFICATION | Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to |

| | |
|---|---|
| | deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| *IDENTIFICATION | Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Laura M. Franco |
| **ATTORNEY DOCKET NUMBER** | 017275-01002 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Winston & Strawn LLP |
| **STREET** | 101 California Street |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-591-1000 |
| **EMAIL ADDRESS** | TrademarksSF@winston.com |
| **OTHER APPOINTED ATTORNEY** | Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Laura M. Franco |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksSF@winston.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | LFranco@winston.com; JDimont@winston.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 6 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *TOTAL FEES DUE | 2100 |

| *TOTAL FEES PAID | 2100 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /csb/ |
| SIGNATORY'S NAME | Christopher S. Brennan |
| SIGNATORY'S POSITION | General Counsel & Chief Administrative Officer |
| SIGNATORY'S PHONE NUMBER | 6093060034 |
| DATE SIGNED | 03/17/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Trademark/Service Mark Application, Principal Register

**Serial Number: 97318066**
**Filing Date: 03/17/2022**

## To the Commissioner for Trademarks:

**MARK:** ALLUCENT (Standard Characters, see mark)
The literal element of the mark consists of ALLUCENT. The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Clinical Services Corporate Operations, Inc., a corporation of Delaware, having an address of

    271 Waverly Oaks Rd. Suite 208
    Waltham, Massachusetts 02452
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035:  Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 038:  Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate,

integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Laura M. Franco. Other appointed attorneys are Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake. Laura M. Franco of Winston & Strawn LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    101 California Street
    San Francisco, California 94111
    United States
    415-591-1000(phone)
    TrademarksSF@winston.com
The docket/reference number is 017275-01002.
Laura M. Franco submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Laura M. Franco
    PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksSF@winston.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): LFranco@winston.com; JDimont@winston.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $2100 has been submitted with the application, representing payment for 6 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /csb/   Date: 03/17/2022
Signatory's Name: Christopher S. Brennan
Signatory's Position: General Counsel & Chief Administrative Officer
Signatory's Phone Number: 6093060034
Signature method: Sent to third party for signature
Payment Sale Number: 97318066
Payment Accounting Date: 03/17/2022

Serial Number: 97318066
Internet Transmission Date: Thu Mar 17 18:21:41 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202203171821418
42537-97318066-8209bf6c568f38b5c98d1eb5e
8ba6e7a9defde86799e1637b20eba9b0f8575c11
c-DA-21414079-20220316133311664533

# ALLUCENT

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318067**
**Filing Date: 03/17/2022**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97318067 |
| **MARK INFORMATION** | |
| *****MARK** | ALLUCENT RESEARCH |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ALLUCENT RESEARCH |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Clinical Services Corporate Operations, Inc. |
| *****MAILING ADDRESS** | 271 Waverly Oaks Rd. Suite 208 |
| *****CITY** | Waltham |
| *****STATE** (Required for U.S. applicants) | Massachusetts |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 02452 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| *****IDENTIFICATION** | Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with |

| | collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| **\*IDENTIFICATION** | Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 038 |
| **\*IDENTIFICATION** | Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 042 |
| **\*IDENTIFICATION** | Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to |

| | deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| *****IDENTIFICATION** | Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Laura M. Franco |
| **ATTORNEY DOCKET NUMBER** | 017275-01004 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Winston & Strawn LLP |
| **STREET** | 101 California Street |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-591-1000 |
| **EMAIL ADDRESS** | TrademarksSF@winston.com |
| **OTHER APPOINTED ATTORNEY** | Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Laura M. Franco |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksSF@winston.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | LFranco@winston.com; JDimont@winston.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 6 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 2100 |

| *TOTAL FEES PAID | 2100 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /csb/ |
| SIGNATORY'S NAME | Christopher S. Brennan |
| SIGNATORY'S POSITION | General Counsel & Chief Administrative Officer |
| SIGNATORY'S PHONE NUMBER | 6093060034 |
| DATE SIGNED | 03/17/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97318067**
**Filing Date: 03/17/2022**

## To the Commissioner for Trademarks:

**MARK:** ALLUCENT RESEARCH (Standard Characters, see mark)
The literal element of the mark consists of ALLUCENT RESEARCH. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Clinical Services Corporate Operations, Inc., a corporation of Delaware, having an address of

> 271 Waverly Oaks Rd. Suite 208
> Waltham, Massachusetts 02452
> United States
> XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035:  Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 038:  Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate,

integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The owner's/holder's proposed attorney information: Laura M. Franco. Other appointed attorneys are Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake. Laura M. Franco of Winston & Strawn LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    101 California Street
    San Francisco, California 94111
    United States
    415-591-1000(phone)
    TrademarksSF@winston.com
The docket/reference number is 017275-01004.
Laura M. Franco submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Laura M. Franco
    PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksSF@winston.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): LFranco@winston.com; JDimont@winston.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $2100 has been submitted with the application, representing payment for 6 class(es).

### Declaration

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

   - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
   - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
   - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

   - The signatory believes that the applicant is entitled to use the mark in commerce;
   - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /csb/   Date: 03/17/2022
Signatory's Name: Christopher S. Brennan
Signatory's Position: General Counsel & Chief Administrative Officer
Signatory's Phone Number: 6093060034
Signature method: Sent to third party for signature
Payment Sale Number: 97318067
Payment Accounting Date: 03/17/2022

Serial Number: 97318067
Internet Transmission Date: Thu Mar 17 18:22:08 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202203171822087
02467-97318067-8205e6ae43e36833d12b54497
dbe792d219dcf1a9ea3843f54142a608c6e039d-
DA-22084084-20220316133526837648

# ALLUCENT RESEARCH

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318068**
**Filing Date: 03/17/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97318068 |
| **MARK INFORMATION** | |
| *****MARK** | ALLUCENT CONSULTING |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ALLUCENT CONSULTING |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Clinical Services Corporate Operations, Inc. |
| *****MAILING ADDRESS** | 271 Waverly Oaks Rd. Suite 208 |
| *****CITY** | Waltham |
| *****STATE** (Required for U.S. applicants) | Massachusetts |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 02452 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| *****IDENTIFICATION** | Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with |

| | collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| ***IDENTIFICATION** | Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 038 |
| ***IDENTIFICATION** | Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| ***IDENTIFICATION** | Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 042 |
| ***IDENTIFICATION** | Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to |

| | deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| *****IDENTIFICATION** | Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Laura M. Franco |
| **ATTORNEY DOCKET NUMBER** | 017275-01005 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Winston & Strawn LLP |
| **STREET** | 101 California Street |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-591-1000 |
| **EMAIL ADDRESS** | TrademarksSF@winston.com |
| **OTHER APPOINTED ATTORNEY** | Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Laura M. Franco |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksSF@winston.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | LFranco@winston.com; JDimont@winston.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 6 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 2100 |

| *TOTAL FEES PAID | 2100 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /csb/ |
| SIGNATORY'S NAME | Christopher S. Brennan |
| SIGNATORY'S POSITION | General Counsel & Chief Administrative Officer |
| SIGNATORY'S PHONE NUMBER | 6093060034 |
| DATE SIGNED | 03/17/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318068**
**Filing Date: 03/17/2022**

## To the Commissioner for Trademarks:

**MARK:** ALLUCENT CONSULTING (Standard Characters, see mark)
The literal element of the mark consists of ALLUCENT CONSULTING. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Clinical Services Corporate Operations, Inc., a corporation of Delaware, having an address of

  271 Waverly Oaks Rd. Suite 208
  Waltham, Massachusetts 02452
  United States
  XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035:  Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 038:  Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate,

integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Laura M. Franco. Other appointed attorneys are Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake. Laura M. Franco of Winston & Strawn LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    101 California Street
    San Francisco, California 94111
    United States
    415-591-1000(phone)
    TrademarksSF@winston.com
The docket/reference number is 017275-01005.
Laura M. Franco submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Laura M. Franco
    PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksSF@winston.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): LFranco@winston.com; JDimont@winston.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $2100 has been submitted with the application, representing payment for 6 class(es).

Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /csb/   Date: 03/17/2022
Signatory's Name: Christopher S. Brennan
Signatory's Position: General Counsel & Chief Administrative Officer
Signatory's Phone Number: 6093060034
Signature method: Sent to third party for signature
Payment Sale Number: 97318068
Payment Accounting Date: 03/17/2022

Serial Number: 97318068
Internet Transmission Date: Thu Mar 17 18:24:07 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202203171824073
13598-97318068-820285f982c7bd7ebc80a2cdd
8b74bd842dfc812c042a5831fec92b8ab3b9a3a8
f-DA-24074105-20220316133926405230

# ALLUCENT CONSULTING

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318070**
**Filing Date: 03/17/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97318070 |
| **MARK INFORMATION** | |
| *MARK | ALLUCENT CLINICAL RESEARCH |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ALLUCENT CLINICAL RESEARCH |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Clinical Services Corporate Operations, Inc. |
| *MAILING ADDRESS | 271 Waverly Oaks Rd. Suite 208 |
| *CITY | Waltham |
| *STATE<br>(Required for U.S. applicants) | Massachusetts |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 02452 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with |

| | |
|---|---|
| | collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| ***IDENTIFICATION** | Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 038 |
| ***IDENTIFICATION** | Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| ***IDENTIFICATION** | Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 042 |
| ***IDENTIFICATION** | Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to |

| | deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| *\*IDENTIFICATION* | Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Laura M. Franco |
| **ATTORNEY DOCKET NUMBER** | 017275-01003 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Winston & Strawn LLP |
| **STREET** | 101 California Street |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-591-1000 |
| **EMAIL ADDRESS** | TrademarksSF@winston.com |
| **OTHER APPOINTED ATTORNEY** | Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Laura M. Franco |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksSF@winston.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | LFranco@winston.com; JDimont@winston.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 6 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *\*TOTAL FEES DUE* | 2100 |

| *TOTAL FEES PAID | 2100 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /csb/ |
| SIGNATORY'S NAME | Christopher S. Brennan |
| SIGNATORY'S POSITION | General Counsel & Chief Administrative Officer |
| SIGNATORY'S PHONE NUMBER | 6093060034 |
| DATE SIGNED | 03/17/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**Serial Number: 97318070**
**Filing Date: 03/17/2022**

## To the Commissioner for Trademarks:

**MARK:** ALLUCENT CLINICAL RESEARCH (Standard Characters, see mark)
The literal element of the mark consists of ALLUCENT CLINICAL RESEARCH. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Clinical Services Corporate Operations, Inc., a corporation of Delaware, having an address of

>   271 Waverly Oaks Rd. Suite 208
>   Waltham, Massachusetts 02452
>   United States
>   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035:  Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 038:  Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate,

integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Laura M. Franco. Other appointed attorneys are Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake. Laura M. Franco of Winston & Strawn LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

101 California Street
San Francisco, California 94111
United States
415-591-1000(phone)
TrademarksSF@winston.com

The docket/reference number is 017275-01003.

Laura M. Franco submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Laura M. Franco
PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksSF@winston.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): LFranco@winston.com; JDimont@winston.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $2100 has been submitted with the application, representing payment for 6 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /csb/   Date: 03/17/2022
Signatory's Name: Christopher S. Brennan
Signatory's Position: General Counsel & Chief Administrative Officer
Signatory's Phone Number: 6093060034
Signature method: Sent to third party for signature
Payment Sale Number: 97318070
Payment Accounting Date: 03/17/2022

Serial Number: 97318070
Internet Transmission Date: Thu Mar 17 18:23:33 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202203171823336
64130-97318070-8206bf53bf9f22ab6bfd9f5b8
a46a462fbebc7506b8a83b773ce5b66a28709353
-DA-23334100-20220316133108042592

ALLUCENT CLINICAL RESEARCH

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318073**
**Filing Date: 03/17/2022**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97318073 |
| **MARK INFORMATION** | |
| *MARK | ALLUCENT CRO |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ALLUCENT CRO |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Clinical Services Corporate Operations, Inc. |
| *MAILING ADDRESS | 271 Waverly Oaks Rd. Suite 208 |
| *CITY | Waltham |
| *STATE<br>(Required for U.S. applicants) | Massachusetts |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 02452 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with |

| | |
|---|---|
| | collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| **\*IDENTIFICATION** | Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 038 |
| **\*IDENTIFICATION** | Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 042 |
| **\*IDENTIFICATION** | Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to |

| | deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| *****IDENTIFICATION** | Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Laura M. Franco |
| **ATTORNEY DOCKET NUMBER** | 017275-01006 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Winston & Strawn LLP |
| **STREET** | 101 California Street |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-591-1000 |
| **EMAIL ADDRESS** | TrademarksSF@winston.com |
| **OTHER APPOINTED ATTORNEY** | Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Laura M. Franco |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksSF@winston.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | LFranco@winston.com; JDimont@winston.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 6 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 2100 |

| *TOTAL FEES PAID | 2100 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /csb/ |
| SIGNATORY'S NAME | Christopher S. Brennan |
| SIGNATORY'S POSITION | General Counsel & Chief Administrative Officer |
| SIGNATORY'S PHONE NUMBER | 6093060034 |
| DATE SIGNED | 03/17/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97318073**
**Filing Date: 03/17/2022**

## To the Commissioner for Trademarks:

**MARK:** ALLUCENT CRO (Standard Characters, see mark)
The literal element of the mark consists of ALLUCENT CRO. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Clinical Services Corporate Operations, Inc., a corporation of Delaware, having an address of

 271 Waverly Oaks Rd. Suite 208
 Waltham, Massachusetts 02452
 United States
 XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035:  Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 038:  Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate,

integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Laura M. Franco. Other appointed attorneys are Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake. Laura M. Franco of Winston & Strawn LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    101 California Street
    San Francisco, California 94111
    United States
    415-591-1000(phone)
    TrademarksSF@winston.com
The docket/reference number is 017275-01006.
Laura M. Franco submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Laura M. Franco
    PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksSF@winston.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): LFranco@winston.com; JDimont@winston.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $2100 has been submitted with the application, representing payment for 6 class(es).

**Declaration**

☑  **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑  To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /csb/   Date: 03/17/2022
Signatory's Name: Christopher S. Brennan
Signatory's Position: General Counsel & Chief Administrative Officer
Signatory's Phone Number: 6093060034
Signature method: Sent to third party for signature
Payment Sale Number: 97318073
Payment Accounting Date: 03/17/2022

Serial Number: 97318073
Internet Transmission Date: Thu Mar 17 18:24:31 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202203171824312
65710-97318073-82082b822db2133977d48c857
9ac6e9583a6af65646f80b979205bc1f26f9f66b
4-DA-24314107-20220316134349091931

# ALLUCENT CRO

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318076**
**Filing Date: 03/17/2022**

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 97318076 |
| **MARK INFORMATION** | |
| *MARK | ALLUCENT CLINICAL RESEARCH ORGANIZATION |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ALLUCENT CLINICAL RESEARCH ORGANIZATION |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Clinical Services Corporate Operations, Inc. |
| *MAILING ADDRESS | 271 Waverly Oaks Rd. Suite 208 |
| *CITY | Waltham |
| *STATE<br>(Required for U.S. applicants) | Massachusetts |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 02452 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with |

| | collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| *IDENTIFICATION | Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 038 |
| *IDENTIFICATION | Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| *IDENTIFICATION | Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 042 |
| *IDENTIFICATION | Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to |

|  | deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| ***IDENTIFICATION** | Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Laura M. Franco |
| **ATTORNEY DOCKET NUMBER** | 017275-01007 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Winston & Strawn LLP |
| **STREET** | 101 California Street |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-591-1000 |
| **EMAIL ADDRESS** | TrademarksSF@winston.com |
| **OTHER APPOINTED ATTORNEY** | Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Laura M. Franco |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksSF@winston.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | LFranco@winston.com; JDimont@winston.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 6 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 2100 |

| | |
|---|---|
| *TOTAL FEES PAID | 2100 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /csb/ |
| SIGNATORY'S NAME | Christopher S. Brennan |
| SIGNATORY'S POSITION | General Counsel & Chief Administrative Officer |
| SIGNATORY'S PHONE NUMBER | 6093060034 |
| DATE SIGNED | 03/17/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318076**
**Filing Date: 03/17/2022**

## To the Commissioner for Trademarks:

**MARK:** ALLUCENT CLINICAL RESEARCH ORGANIZATION (Standard Characters, see mark)
The literal element of the mark consists of ALLUCENT CLINICAL RESEARCH ORGANIZATION. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Clinical Services Corporate Operations, Inc., a corporation of Delaware, having an address of

    271 Waverly Oaks Rd. Suite 208
    Waltham, Massachusetts 02452
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035:  Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 038:  Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate,

integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Laura M. Franco. Other appointed attorneys are Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake. Laura M. Franco of Winston & Strawn LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

   101 California Street
   San Francisco, California 94111
   United States
   415-591-1000(phone)
   TrademarksSF@winston.com
The docket/reference number is 017275-01007.
Laura M. Franco submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

   Laura M. Franco
   PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksSF@winston.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): LFranco@winston.com; JDimont@winston.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $2100 has been submitted with the application, representing payment for 6 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /csb/   Date: 03/17/2022
Signatory's Name: Christopher S. Brennan
Signatory's Position: General Counsel & Chief Administrative Officer
Signatory's Phone Number: 6093060034
Signature method: Sent to third party for signature
Payment Sale Number: 97318076
Payment Accounting Date: 03/17/2022

Serial Number: 97318076
Internet Transmission Date: Thu Mar 17 18:24:55 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202203171824558
52437-97318076-8202eef57e8f7a22312df7e2c
4d8f4a847b91e7817dd599719c16b2ef8dc9ee3-
DA-24554110-20220316134710641308

# ALLUCENT CLINICAL RESEARCH ORGANIZATION

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97318078**
**Filing Date: 03/17/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97318078 |
| **MARK INFORMATION** | |
| *****MARK** | ALLUCENT CLINICAL RESEARCH SERVICES |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ALLUCENT CLINICAL RESEARCH SERVICES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Clinical Services Corporate Operations, Inc. |
| *****MAILING ADDRESS** | 271 Waverly Oaks Rd. Suite 208 |
| *****CITY** | Waltham |
| *****STATE** (Required for U.S. applicants) | Massachusetts |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 02452 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| *****IDENTIFICATION** | Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with |

| | |
|---|---|
| | collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 035 |
| *IDENTIFICATION | Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 038 |
| *IDENTIFICATION | Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 041 |
| *IDENTIFICATION | Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 042 |
| *IDENTIFICATION | Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to |

| | deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| *****IDENTIFICATION** | Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Laura M. Franco |
| **ATTORNEY DOCKET NUMBER** | 017275-01008 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Winston & Strawn LLP |
| **STREET** | 101 California Street |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-591-1000 |
| **EMAIL ADDRESS** | TrademarksSF@winston.com |
| **OTHER APPOINTED ATTORNEY** | Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Laura M. Franco |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksSF@winston.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | LFranco@winston.com; JDimont@winston.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 6 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 2100 |

| *TOTAL FEES PAID | 2100 |
|---|---|
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /csb/ |
| SIGNATORY'S NAME | Christopher S. Brennan |
| SIGNATORY'S POSITION | General Counsel & Chief Administrative Officer |
| SIGNATORY'S PHONE NUMBER | 6093060034 |
| DATE SIGNED | 03/17/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97318078**
**Filing Date: 03/17/2022**

## To the Commissioner for Trademarks:

**MARK:** ALLUCENT CLINICAL RESEARCH SERVICES (Standard Characters, see mark)
The literal element of the mark consists of ALLUCENT CLINICAL RESEARCH SERVICES. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Clinical Services Corporate Operations, Inc., a corporation of Delaware, having an address of

    271 Waverly Oaks Rd. Suite 208
    Waltham, Massachusetts 02452
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035:  Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 038:  Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041:  Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042:  Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate,

integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smart-phone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Laura M. Franco. Other appointed attorneys are Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake. Laura M. Franco of Winston & Strawn LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    101 California Street
    San Francisco, California 94111
    United States
    415-591-1000(phone)
    TrademarksSF@winston.com
The docket/reference number is 017275-01008.
Laura M. Franco submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Laura M. Franco
    PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksSF@winston.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): LFranco@winston.com; JDimont@winston.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $2100 has been submitted with the application, representing payment for 6 class(es).

**Declaration**

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /csb/   Date: 03/17/2022
Signatory's Name: Christopher S. Brennan
Signatory's Position: General Counsel & Chief Administrative Officer
Signatory's Phone Number: 6093060034
Signature method: Sent to third party for signature
Payment Sale Number: 97318078
Payment Accounting Date: 03/17/2022

Serial Number: 97318078
Internet Transmission Date: Thu Mar 17 18:25:20 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202203171825209
57013-97318078-8209068bab2f676c839f978e5
bf477ae873825f1557348915964ed3d37918441d
e-DA-25204117-20220316134859257714

ALLUCENT CLINICAL RESEARCH
SERVICES

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97372349**
**Filing Date: 04/20/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97372349 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\973\723\97372349\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | ALLUCENT |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) Dark blue, orange and gold is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word ALLUCENT with the inside space of the capital letter "A" filled in with an orange triangle in the top half of the "A" that extends between the two outside lines of the "A" and a gold trapezoid in the bottom half of the "A" and the remaining letters in lowercase. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 800 x 400 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Clinical Services Corporate Operations, Inc. |
| *MAILING ADDRESS | 271 Waverly Oaks Rd. Suite 208 |
| *CITY | Waltham |
| *STATE (Required for U.S. applicants) | Massachusetts |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 02452 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |

| INTERNATIONAL CLASS | 009 |
|---|---|
| *IDENTIFICATION | Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 038 |
| *IDENTIFICATION | Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 042 |
| | Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, |

| | |
|---|---|
| *IDENTIFICATION | remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smartphone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 045 |
| *IDENTIFICATION | Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Laura M. Franco |
| ATTORNEY DOCKET NUMBER | 017275-01009 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Winston & Strawn LLP |
| STREET | 101 California Street |
| CITY | San Francisco |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94111 |
| PHONE | 415-591-1000 |
| EMAIL ADDRESS | TrademarksSF@winston.com |
| OTHER APPOINTED ATTORNEY | Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Laura M. Franco |

| | |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TrademarksSF@winston.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | LFranco@winston.com; JDimont@winston.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 6 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 2100 |
| **\*TOTAL FEES PAID** | 2100 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /csb/ |
| **SIGNATORY'S NAME** | Christopher S. Brennan |
| **SIGNATORY'S POSITION** | General Counsel & Chief Administrative Officer |
| **SIGNATORY'S PHONE NUMBER** | 6093060034 |
| **DATE SIGNED** | 04/20/2022 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97372349**
**Filing Date: 04/20/2022**

## To the Commissioner for Trademarks:

**MARK:** ALLUCENT (stylized and/or with design, see mark)
The literal element of the mark consists of ALLUCENT. The color(s) Dark blue, orange and gold is/are claimed as a feature of the mark. The mark consists of the word ALLUCENT with the inside space of the capital letter "A" filled in with an orange triangle in the top half of the "A" that extends between the two outside lines of the "A" and a gold trapezoid in the bottom half of the "A" and the remaining letters in lowercase.
The applicant, Clinical Services Corporate Operations, Inc., a corporation of Delaware, having an address of

 271 Waverly Oaks Rd. Suite 208
 Waltham, Massachusetts 02452
 United States
 XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009: Downloadable computer application software for use in connection with the collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; downloadable computer application software for providing telehealth, telemedicine, remote care and virtual health care services to patients; downloadable computer application software for use in connection with collection, tracking, retrieval, validation, summarization, statistical analysis and presentation of remotely gathered patient-generated health data for use in clinical studies
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 035: Providing statistical information and analysis, data processing, project planning and cost management services for preclinical and clinical trials in the fields of pharmaceuticals, biotechnology, medical devices and diagnostics; designing laboratory research, namely, managing and monitoring preclinical and clinical trials; data management, namely, abstraction and collection of medical data from clinical tests for business purposes; Market research and business marketing consulting services in the pharmaceutical, biotechnology, medical device, and diagnostics industries
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 038: Providing access to online, non-downloadable software for controlling and managing electronic health records and patient health and medical information, for communications between patients and their health care providers, and for medical practice management
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 041: Training and development in the field of conducting clinical trials, namely, conducting tutorials, seminars and workshops in the field of clinical trials; training in the field of computer software support, namely, conducting tutorials, seminars and workshops in the field of software support
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 042: Data management, namely, collection of patient-generated health data for scientific research purposes; Cloud computing featuring software that allows users to collect, review, analyze and report on clinical research; technical support services, namely, installation and remote administration of software, and troubleshooting of software problems and hosted software applications, all for use in connection with medical research and product regulatory approval, environmental health, health care, and in relation to the design, research, development, and testing of new medical products and devices; cloud computing featuring software for providing telehealth, telemedicine, remote care and virtual health care services to patients; cloud computing featuring software that allows users to collect, track, retrieve, validate, summarize, statistically analyze and present data used in the areas of medical research and product regulatory approval, environmental health, health care, and in relation

to the design, research, development, and testing of new medical products and devices; Cloud computing featuring software to aggregate, integrate, transfer and manage data generated from home health and remote monitoring devices and applications and health-related smartphone applications; Cloud computing featuring software that provides integrated workflows, analytics, visualizations, and reporting features to deliver, process, analyze, elevate, and display patient-generated health data; Cloud computing featuring software that integrates remotely collected health data into databases, systems, platforms, applications, and software that inform clinical research, remote monitoring, and care management; providing a web-based portal for study sponsors and contract research organizations (CROs) to build programs, enroll members, automate actions, and visualize/analyze data in connection with clinical studies; technical consulting services, namely, evaluating the safety of pharmaceutical, medical, cosmetic and consumer devices and products in clinical development or in commercial production
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Development of regulatory compliance strategies in the field of medical research, namely, regulatory compliance in drug, biologic, cosmetic and medical device development
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Laura M. Franco. Other appointed attorneys are Becky Troutman, Jennifer Golinveaux, Irina Lyapis, Mary Katherine Kulback, Joseph Dimont, Joseph Blake. Laura M. Franco of Winston & Strawn LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    101 California Street
    San Francisco, California 94111
    United States
    415-591-1000(phone)
    TrademarksSF@winston.com
The docket/reference number is 017275-01009.
Laura M. Franco submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Laura M. Franco
    PRIMARY EMAIL FOR CORRESPONDENCE: TrademarksSF@winston.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): LFranco@winston.com; JDimont@winston.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $2100 has been submitted with the application, representing payment for 6 class(es).

**Declaration**

 **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as

of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /csb/   Date: 04/20/2022
Signatory's Name: Christopher S. Brennan
Signatory's Position: General Counsel & Chief Administrative Officer
Signatory's Phone Number: 6093060034
Signature method: Sent to third party for signature
Payment Sale Number: 97372349
Payment Accounting Date: 04/20/2022

Serial Number: 97372349
Internet Transmission Date: Wed Apr 20 14:39:20 ET 2022
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202204201439207
06399-97372349-820ed52c9d8e5f4e334f7c8e3
12f970eaa9fd88ba7356f327445da91b619647-D
A-39202767-20220418125846820618